# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**KATHLEEN BOND,**

    Plaintiff,

v.

**BROOKWOOD SCHOOL, INC.**,

    Defendant.

Civil Action No. 7:14-CV-91 (HL)

## ORDER

Pursuant to Federal Rule of Civil Procedure 7.1 and Middle District of Georgia Local Rule 87, Defendant Brookwood School, Inc., is ordered to file a corporate disclosure statement not later than August 14, 2014. Failure to do so may result in sanctions against a party or counsel.

**SO ORDERED**, this the 4th day of August, 2014.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

scr